**United States District Court**
For the Northern District of California

1  UNITED STATES OF AMERICA,          )
2                                     )
3                                     )
              v.                      )     C-04-3055 DLJ
4                                     )     CR-04-40127-DLJ (related case)
   THOMAS GROSSI,LAURETTA WEIMER      )
5  and ALBERT B. DEL MASSO            )
6                                     )
   In the matter of $608,916.58       )
7  IN U.S. CURRENCY, AS SUBSTITUTE    )
   *RES* FOR REAL PROPERTY LOCATED AT )
8  2638 MARKET STREET, OAKLAND,       )
   CALIFORNIA                         )
9  _____   )

      In Petitioner's filing dated July 9, 2007 the issue was

raised as to whether denying Weimer any part of her $100,000

interest would result in a violation of the Excessive Fines Clause

of the Constitution.

      The Court will hold a hearing on this issue on August 3, 2007

at 11:00 a.m.  Any additional briefing on this issue shall be

submitted to the Court no later than July 31, 2007.


IT IS SO ORDERED

Dated: July 13, 2007

                                    _____
                                    D. Lowell Jensen
                                    United States District Judge