```
MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.7234
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>THOMAS GROSSI, SR.,<br><br>   Defendant. | No. 04-CR-40127 DLJ<br><br>FINAL ORDER OF FORFEITURE AND JUDGMENT |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>$608,916.58 IN U.S. CURRENCY, AS SUBSTITUTE *RES*, FOR REAL PROPERTY LOCATED AT 2638 MARKET STREET, OAKLAND, CALIFORNIA,<br><br>   Defendant. | No. 04-CV-03055 DLJ<br><br>FINAL ORDER OF FORFEITURE AND JUDGMENT |

The United States filed a civil forfeiture action against 2638 Market Street, Oakland, California. *See* No. 04-CV-3055 DLJ, Complaint for Forfeiture, filed July 24, 2004. The parties' agreed to an interlocutory sale of that property and substituted the net proceeds from the sale, $608,916.58, as defendant. *See* Notice to Clerk of Change in Defendant to $608,916.58, filed November 24, 2004. In this related criminal case, the civil defendant $608,916.58 was reduced by a settlement with a third party. Thereafter, the issue litigated with respect to the remaining net proceeds in this criminal case was whether the amount of the net proceeds forfeited to the United States should be reduced by $87,666.80. On June 1, 2012, the Ninth Circuit's Memorandum Judgment ruled that the final order of forfeiture should be entered reflecting $257,680.48 forfeited to the United States, and $87,666.80 refunded to Grossi. *See* Mandate, No. 10-17821 (9th Cir. July 25, 2011).

UPON CONSIDERATION OF the foregoing, the motion of Thomas Grossi, Sr., and Lauretta Weimer, the proposed order of the United States approved by counsel for Grossi and Weimer, the entire record and for good cause shown, it is by the Court on this ____ GG ____ day of ____ Œ*˘•c ____, 2012,

ORDERED, ADJUDGED AND DECREED that $257,680.48 in proceeds from the interlocutory sale of 2638 Market Street, Oakland, California, in November 2004 and accrued interest on those proceeds from the date of deposit into the government forfeiture account be, and hereby are, forfeited to the United States pursuant to 21 U.S.C. §§ 853(a)(2) and 881(a)(7); and it is further

ORDERED that all right, title and interest in that $257,680.48, plus accrued interest be, and hereby is, vested in the United States as of the date of the criminal activities giving rise to the forfeiture pursuant to 21 U.S.C. §§ 853(c) and 881(h); and it is further

ORDERED that the United States Marshals Service shall, in accordance with law, dispose of the forfeited $257,680.48 plus accrued interest; and it is further

ORDERED that $87,666.80 in proceeds from the interlocutory sale of 2638 Market Street, Oakland, California, in November 2004 and accrued interest on those proceeds from the date of deposit into the government forfeiture account be, and hereby are, to be refunded by wire transfer

1 | to Thomas Grossi, Sr., and his counsel, David M. Michael, 101 California Street, Suite 2450, San
2 | Francisco, California, 94111, following submission by them of a properly filled out ACH form
3 | authorizing the wire transfer to Patricia J. Kenney, Assistant United States Attorney.

_____
HONORABLE D. LLOWELL JENSEN
United States District Judge

Approved as to form:

_____
DAVID M. MICHAEL
Attorney for Thomsas Grossi, Sr.,
and Lauretta Weimer

Final Order of Forfeiture and Judgment
CR 04-40127 DLJ
CV 04-3055 DLJ                                3