| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612) |
| | United States Attorney |
| 2 | |
| | MIRANDA KANE (CSBN 150630) |
| 3 | Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238) |
| | Assistant United States Attorney |

*E-FILED 10-3-2012*

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:  415.436.7234
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 04-CR-40127 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | RE: SCHEDULING |
| THOMAS GROSSI, SR., | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 04-CV-03055 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | RE: SCHEDULING |
| $608,916.58 IN U.S. CURRENCY, AS SUBSTITUTE *RES*, FOR REAL PROPERTY LOCATED AT 2638 MARKET STREET, OAKLAND, CALIFORNIA, | ) | |
| Defendant. | ) | |

1    The parties agree to the rescheduling of plaintiff's motion to dismiss the attorney fees motion,
2 as set forth below.  The reason for the rescheduling is that the undersigned Assistant United States
3 Attorney dislocated her shoulder and is having difficulty using a word processor.  The parties agree,
4 subject to the Court's approval, that the following schedule is adopted:
5    1.   On or before October 11, 2012, the United States shall file its motion to dismiss the
6 attorneys' fee motion for lack of jurisdiction;
7    2.   On or before October 25, 2012, counsel for claimant will file its opposition to the
8 motion of the United States;
9    3.   On or before November 1, 2012, the United States will file its reply;
10   4.   On November 15, 2012 at 9:00 a.m. in San Jose Courtroom 7, 4th Floor at 280 South
11 First Street, San Jose, CA, the Court will hold a hearing on the fee motion.
12   5.   If the Court rules against the United States on the jurisdictional issue, the parties shall
13 hold an in person meet-and-confer within 20 days of that ruling to determine whether they can
14 informally resolve the fee motion.  If the fee motion cannot be resolved, then counsel for the United
15 States will notice a motion for discovery on a 5-week schedule for determination before the Court
16 considers the fee motion.  Civ. L. R. 7-2; Fed. R. Crim. P. 32.2(c)(1).
17                    *    *    *    *    *

18 IT IS SO STIPULATED:                     MELINDA HAAG
                                            United States Attorney
19 Dated: September 28, 2012                       /s/
                                            PATRICIA J. KENNEY
20                                          Assistant United States Attorney
                                            Attorneys for the United States of America
21
                                            LAW OFFICES OF DAVID M. MICHAEL
22 Dated: September 28, 2012                       /s/
                                            DAVID MICHAEL
23                                          EDWARD M. BURCH
                                            LAW OFFICES OF DAVID M. MICHAEL
24                                          Counsel for Defendant Thomas Grossi, Sr.,
                                            and Claimant/Petitioner Lauretta Weimer
25 IT IS SO ORDERED:

26  Öæ˙¨K‡€ŁŒŁFG                            _____
                                            HONORABLE D. LOWELL JENSEN
27                                          United States District Judge
28

Stip & Order Re: Sched. of US Mot. to Dism.
CR 04-40127 DLJ
CV  04-3055 DLJ                    2