1   MELINDA HAAG (CSBN 132612)
    United States Attorney

2

3   MIRANDA KANE (CSBN 150630)
    Chief, Criminal Division

4   PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue
        San Francisco, CA 94102
        Telephone: 415.436.6857

7       Facsimile:   415.436.7234
        Email: patricia.kenney@usdoj.gov

8

    Attorneys for United States of America

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )       No. 04-CR-40127 DLJ
                                       )
15                    Plaintiff,       )
                                       )       STIPULATION AND ORDER
16          v.                         )       RE: SCHEDULING
                                       )
17  THOMAS GROSSI, SR.,                )
                                       )
18                    Defendant.       )
                                       )
19                                     )
    UNITED STATES OF AMERICA,          )       No. 04-CV-03055 DLJ
20                                     )
                      Plaintiff,       )
21                                     )       STIPULATION AND ORDER
            v.                         )       RE: SCHEDULING
22                                     )
    $608,916.58 IN U.S. CURRENCY, AS   )
23  SUBSTITUTE *RES*, FOR REAL PROPERTY )
    LOCATED AT 2638 MARKET STREET,     )
24  OAKLAND, CALIFORNIA,               )
                                       )
25                    Defendant.       )
                                       )
26  _____)

27

28

1    The parties agree to the rescheduling of plaintiff's motion to dismiss the attorney fees motion

2    and the pending motion for attorneys fees.  The reason for rescheduling is that counsel for claimant

3    Grossi and petitioner Weimer have a scheduling problem involving depositions in a different judicial

4    district.  The parties agree, subject to the Court's approval, to the following schedule:

5           1.      On or before October 25, 2012, the United States shall file its motion to dismiss the

6    attorneys' fee motion for lack of jurisdiction;

7           2.      On or before November 8, 2012, counsel for claimant will file its opposition to the

8    motion of the United States;

9           3.      On or before November 15, 2012, the United States will file its reply;

10          4.      On November 29, 2012 at 9:00 a.m. in San Jose Courtroom 7, 4th Floor at 280 South

11   First Street, San Jose, CA, the Court will hold a hearing on the fee motion.

12          5.      If the Court rules against the United States on the jurisdictional issue, the parties shall

13   hold an in person meet-and-confer within 20 days of that ruling to determine whether they can

14   informally resolve the fee motion.  If the fee motion cannot be resolved, then counsel for the United

15   States will notice a motion for discovery on a 5-week schedule for determination before the Court

16   considers the fee motion.  Civ. L. R. 7-2; Fed. R. Crim. P. 32.2(c)(1).

17                              *      *      *      *      *

18   IT IS SO STIPULATED:                          MELINDA HAAG
                                                    United States Attorney
19   Dated: October 10, 2012                              /s/
                                                    PATRICIA J. KENNEY
20                                                  Assistant United States Attorney
                                                    Attorneys for the United States of America
21
                                                    LAW OFFICES OF DAVID M. MICHAEL
22   Dated: October 10, 2012                              /s/
                                                    DAVID MICHAEL
23                                                  EDWARD M. BURCH
                                                    LAW OFFICES OF DAVID M. MICHAEL
24                                                  Counsel for Defendant Thomas Grossi, Sr.,
                                                    and Claimant/Petitioner Lauretta Weimer
25
     IT IS SO ORDERED:
26
     Öæ^káÉ®Ö®G
27                                                  HONORABLE D. LOWELL JENSEN
                                                    United States District Judge
28

Stip & Order Re: Sched. of US Mot. to Dism.
CR 04-40127 DLJ
CV  04-3055 DLJ                          2