MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:   415.436.7234
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 04-CR-40127 DLJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | RE: SCHEDULING |
| | ) | |
| THOMAS GROSSI, SR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | No. 04-CV-03055 DLJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | RE: SCHEDULING |
| | ) | |
| $608,916.58 IN U.S. CURRENCY, AS | ) | |
| SUBSTITUTE *RES*, FOR REAL PROPERTY | ) | |
| LOCATED AT 2638 MARKET STREET, | ) | |
| OAKLAND, CALIFORNIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

1   The parties agree to the rescheduling of plaintiff's motion to dismiss the attorney fees motion

2   and the pending motion for attorneys fees.  The reason for rescheduling is that counsel for claimant

3   Grossi and petitioner Weimer have a scheduling problem involving depositions in a different judicial

4   district.  The parties agree, subject to the Court's approval, to the following schedule:

5        1.   On or before October 25, 2012, the United States shall file its motion to dismiss the

6   attorneys' fee motion for lack of jurisdiction;

7        2.   On or before November 8, 2012, counsel for claimant will file its opposition to the

8   motion of the United States;

9        3.   On or before November 15, 2012, the United States will file its reply;

10       4.   On November 29, 2012 at 9:00 a.m. in San Jose Courtroom 7, 4th Floor at 280 South

11  First Street, San Jose, CA, the Court will hold a hearing on the fee motion.

12       5.   If the Court rules against the United States on the jurisdictional issue, the parties shall

13  hold an in person meet-and-confer within 20 days of that ruling to determine whether they can

14  informally resolve the fee motion.  If the fee motion cannot be resolved, then counsel for the United

15  States will notice a motion for discovery on a 5-week schedule for determination before the Court

16  considers the fee motion.  Civ. L. R. 7-2; Fed. R. Crim. P. 32.2(c)(1).

17                           *   *   *   *   *

18  IT IS SO STIPULATED:               MELINDA HAAG
                                       United States Attorney

19  Dated: October 10, 2012                   /s/
                                       PATRICIA J. KENNEY

20                                     Assistant United States Attorney
                                       Attorneys for the United States of America

21

22  Dated: October 10, 2012               LAW OFFICES OF DAVID M. MICHAEL
                             /s/

23                                     DAVID MICHAEL
                                       EDWARD M. BURCH
                                       LAW OFFICES OF DAVID M. MICHAEL

24                                     Counsel for Defendant Thomas Grossi, Sr.,
                                       and Claimant/Petitioner Lauretta Weimer

25

26  IT IS SO ORDERED:

27  Öæ¨À¡F€ÐHŒÐFG                   HONORABLE D. LOWELL JENSEN
                                       United States District Judge

28

Stip & Order Re: Sched. of US Mot. to Dism.
CR 04-40127 DLJ
CV  04-3055 DLJ                      2