UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>$608,916.58 in U.S. CURRENCY, et al.,<br>Defendants. | Case No.  04-cv-03055-PJH<br>Related Case No. 04-cr-40127 PJH<br>**ORDER SETTING CASE MANAGEMENT CONFERENCE AFTER REMAND** |
|---|---|

This matter has been reassigned to the undersigned due to the retirement of the previous presiding judge.  Mandate having issued on the remand for determination of a fee award, this action is set for a case management conference on October 8, 2015, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California.

The parties shall appear in person or through lead counsel and shall be prepared to discuss the course of future proceedings in this case.  To that end, the parties shall first meet and confer and then they shall file a joint case management statement setting forth a proposal for the scheduling and resolution of the remaining issues.  The statement shall be filed no later than seven (7) days prior to the conference.

All future filings related to the issues subject to the remand shall be entered on the civil docket for case number C04-3055 PJH, and not on the criminal docket.

**IT IS SO ORDERED.**

Dated: September 14, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge